# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

PERCY R. BURNEY, SR.,

        Petitioner,    :   Case No. 2:21-cv-3422

 - vs -    Chief Judge Algenon L. Marbley
   Magistrate Judge Michael R. Merz

TIM SHOOP, Warden,
 Chillicothe Correctional Institution,

                                      :

        Respondent.

## DECISION AND ORDER

This habeas corpus case is before the Court on Petitioner's Motion To Vacate Report And Recommendation and for Extension of Time to Reply *Instanter* to Respondent's Answer to Petition (ECF No. 14). Petitioner reports that the Motion is unopposed by Respondent.

Accordingly, and for good cause shown, the Report and Recommendation (ECF No. 13) is WITHDRAWN[1]. Although the caption of the Motion represents Petitioner is prepared to file a reply instanter, the Motion in fact requests an extension of time to file a reply to and including March 17, 2022, which is GRANTED.

---

[1] The Report is withdrawn rather than vacated because the case remains referred to the Magistrate Judge.

1

With the Court's best wishes for counsel's continued recovery of good health,

IT IS SO ORDERED.

February 18, 2022.

s/ *Michael R. Merz*
United States Magistrate Judge